Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

ODD (10/1/21) dcm

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re )
**Jonathan Samuel Gray** )   Case No. **25–61420–tmr13**
    *Other names used by debtor:*Jon Samuel Gray )
Debtor(s) )   ORDER OF DISMISSAL
)   AND ADMINISTRATIVELY
)   CLOSING CASE
)

The Court finding that:

**Debtor failed to respond to the court's Order Giving Notice of Additional Sanctions (ECF No. 7). The debtor(s) failed to timely file missing documents as ordered.**

**Debtor is barred from filing any further proceedings under Title 11 of the Bankruptcy Code for a period of one (1) year from the date of dismissal.**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further Court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The Court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid filing fees are paid in full.

4. Dismissal of the case does not reinstate any transfer avoided by a Chapter 12 or 13 trustee under 11 USC §§544, 547, 548 or 549 to the extent the trustee has received and disbursed proceeds of avoided transfers pursuant to a confirmed Chapter 12 or 13 plan.

5. No further payments will be made to creditors by a trustee; the Bankruptcy Code provisions for an automatic stay of certain acts and proceedings against the debtor and codebtors and their property are no longer in effect; and creditors should now look directly to the debtor for satisfaction of any balances owing upon their claims.

6. Any previously entered order directing Chapter 13 payments to a trustee is terminated **AND THE DEBTOR'S EMPLOYER (OR OTHER NAMED PARTY) SHOULD DISCONTINUE MAKING PAYMENTS TO THE TRUSTEE.**

**7. The debtor is prohibited from filing any further cases under the Bankruptcy Code for a period of 1 year from the date of this order.**

###